UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MAYPEARL, INC., a California corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: C 09-3062 SBA<br><br>**ORDER DENYING REQUEST FOR JUDICIAL NOTICE**<br><br>Docket 12 |

Defendant removed the instant case from state court on July 7, 2009. On August 9, 2009, Plaintiff filed a Request for Judicial Notice, attached to which is a copy of a remand order entered in a case pending in the Central District of California. Aside from the fact that the defendant in that action is the same defendant in this case, the import of that ruling is unclear. To the extent that Plaintiff seeks to have this case remanded, it should do so by way of a noticed motion to remand. Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff's Request for Judicial Notice is DENIED.

IT IS SO ORDERED.

Dated: August 25, 2009

                                              SAUNDRA BROWN ARMSTRONG<br>                                              United States District Judge